FILED IN THE
UNITED STATES
BANKRUPTCY COURT
2010 NOV 10 PM 12: 04
DISTRICT OF UTAH
MAIL

David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
    Chapter 7 Trustee

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| CYNTHIA MARIE ESQUIERDO, | Bankruptcy No. 07-22261  GG  OK<br>(Chapter 7)<br>Judge Joel T. Marker |
| Debtor(s) | |

### DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

___ A    The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

✔ B    The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| | Money 4 You<br>498 N. 900 W. #230<br>Kaysville, UT 84037-4213 | $3.50 |
| | Wells Fargo Bank, N.A.<br>PO Box 5058<br>MAC P6053-021 | $4.92 |
| | Money 4 You<br>498 N. 900 W. #230<br>Kaysville, UT 84037-4213 | $3.06 |



A check in the amount of $11.48 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED this ____ day of November, 2010

DAVID L. MILLER
Chapter 7 Trustee